UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
BILLION TOWER INT'L, LLC    )
               )  Case No. 08-CIV-4185
     Plaintiffs,   )
               )
    v.         )  **Rule 7.1 Statement**
               )
MDCT CORPORATION     )
               )
     Defendant.   )
-------------------------------------------------------

Rule 7.1 Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for MDCT CORPORATION certifies that there are no parent corporations, affiliates or subsidiaries of said party which are publicly held.

Dated: New York, New York
   July 22, 2008

               Yours, etc.,

               Wong, Wong & Associates, P.C.

            By: s/ Ayala E. Yasgur_____
              Ayala E. Yasgur, Esq.
              Attorneys for Defendants
              MDCT CORPORATION.
              150 Broadway, Suite 1588
              New York, NY 10038
              (212) 566-8080

To:
Joshua E. Kimerling
Brian P. Galligan
Cuddy & Feder LLP
Attorneys for Plaintiff
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601

Case 1:08-cv-04185-LAK   Document 6   Filed 07/22/2008   Page 2 of 2