UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
BILLION TOWER INT'L, LLC            )
                                    )
              Plaintiffs,     )   Case No. 08-CIV-4185
                                    )
         v.                        )
                                    )   **NOTICE OF APPEARANCE**
                                    )
MDCT CORPORATION                    )
                                    )
             Defendant.      )
-------------------------------------------------------

**COUNSEL:**

    **PLEASE TAKE NOTICE**, Ayala E. Yasgur, of the firm of Wong, Wong & Associates, P.C., hereby appears in this matter, as the Attorney for defendants MDCT CORPORATION. Please mark your records accordingly.

Dated: New York, New York
       July 23, 2008

                                               Yours, etc.,

                                               Wong, Wong & Associates, P.C.

                                      By: s/ Ayala E. Yasgur
                                          Ayala E. Yasgur, Esq.
                                          Attorneys for Defendants
                                          MDCT CORPORATION
                                          150 Broadway, Suite 1588
                                          New York, NY 10038
                                          (212) 566-8080

To:
Joshua E. Kimerling
Brian P. Galligan
Cuddy & Feder LLP
Attorneys for Plaintiff
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601