UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BILLION TOWER INT'L, LLC,                    **PLAINTIFF'S**
                                             <u>**RULE 7.1 STATEMENT**</u>
                Plaintiff,
                                             Case Number: 08-CIV-4185
    -against-                               (LAK)(DFE)

MDCT CORPORATION,

                Defendant.
------------------------------------------------------------------X

       Pursuant to the Federal Rules of Civil Procedure Rule 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Billion Tower Int'l, LLC ("Billion Tower") (a private non-governmental party) certifies that there are no corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

Dated: White Plains, New York
       July 25, 2008

                                       **CUDDY & FEDER** LLP
                                       Attorneys for Plaintiff Billion Tower
                                       445 Hamilton Avenue, 14th Floor
                                       White Plains, New York 10601
                                       (914) 761-1300

                                       By:_____
                                          Joshua E. Kimerling (JK0053)
                                          Brian P. Galligan (BG1669)

C&F: 931931.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BILLION TOWER INT'L, LLC,

                    Plaintiff,

       -against-

MDCT CORPORATION,

                    Defendant.
-------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

Case Number: 08-CIV-4185 (LAK)(DFE)

I hereby certify that on July 25, 2008, a copy of the foregoing:

**RULE 7.1 STATEMENT**

was filed through the Electronic Case Filing (E.C.F.) procedure under the United States District Court of Southern New York's local rules and served upon all parties of record by email (through E.C.F.) and first class mail as follows:

Ayala E. Yasgur, Esq.
Wong, Wong & Associates, P.C.
Attorneys for Defendant MDCT Corporation
150 Broadway, Suite 1588
New York, New York 10038
(212) 566-8080

Dated: White Plains, New York
         July 25, 2008

**CUDDY & FEDER** LLP
Attorneys for Plaintiff Billion Tower
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
(914) 761-1300

By: _____
     Joshua E. Kimerling (JK0053)
     Brian P. Galligan (BG1669)

C&F: 931931.1