UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BILLION TOWER INT'L LLC,

                   Plaintiff,

        -against-                                     08 Civ. 4185 (LAK)

MDCT CORPORATION,

                   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Court hereby adopts the report and recommendation of Magistrate Judge James L. Cott, dated December 10, 2010, to which no objection has been filed. The Clerk shall enter judgment accordingly and close the case.

       SO ORDERED.

Dated:       January 5, 2011

                                                  Lewis A. Kaplan
                                           United States District Judge